NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NESTED BEAN, INC.,**

*Appellant*

v.

**BIG BEINGS USA PTY LTD., LB ONLINE & EXPORT PTY LTD., dba Love to Dream Online and Exports,**

*Appellees*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Intervenor*

---

2023-1838

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01234.

2                NESTED BEAN, INC. V. BIG BEINGS USA PTY LTD.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

December 15, 2023
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 15, 2023